UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JULIUS MILLER**                                                                                      **CIVIL ACTION**

**VERSUS**                                                                                                    **NO:      10-1597**

**KEVIN FASCIO, ET AL.**                                                                       **SECTION: "C" (4)**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Defendants' objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

IT IS ORDERED that the Motion to Dismiss Defendants Johnson, Gordon, and Threeton Pursuant to 12(B)(6) is GRANTED in part and DENIED in part. (Rec. Doc. 9).

- It is GRANTED insofar as the allegations against Defendants Johnson, Gordon and Threeton under Title VII, the Louisiana Employment Discrimination Law, and Section 1983 are DISMISSED WITH PREJUDICE for failure to state a claim for which relief may be granted pursuant to Rule 12(b)(6).

- It is DENIED as to Miller's allegations for negligence and intentional infliction of emotional distress against Defendants Johnson, Gordaon and Threeton.

New Orleans, Louisiana, this 17th day of December, 2010.

                                                                                            _____
                                                                                            **HELEN G. BERRIGAN**
                                                                                            **UNITED STATES DISTRICT JUDGE**